IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: BOSTON SCIENTIFIC CORP.
PELVIC REPAIR SYSTEM
PRODUCTS LIABILITY LITIGATION

MDL 2326

THIS DOCUMENT RELATES TO THE
CASE(S) IN THE EXHIBIT A ATTACHED HERETO

## INACTIVE DOCKET ORDER

The court has been advised by counsel that in the case(s) listed on the attached Exhibit A, the plaintiff(s) and Boston Scientific Corporation, ("BSC") have reached a settlement with regard to BSC. The court, therefore, finds it unnecessary to conduct further proceedings or to keep these cases on the active docket. Accordingly, the court **ORDERS** as follows:

1. All discovery deadlines are continued until further order of the court.

2. That the Clerk retire each of the cases listed on the attached Exhibit A from the active docket.

3. Plaintiff(s) and BSC may submit an agreed order of dismissal with prejudice on or before April 30, 2016; otherwise the cases on Exhibit A will be dismissed without prejudice.

The court will reinstate any case on the attached Exhibit A to the active docket if one of the parties, on motion, shows good cause for such reinstatement.

2

The court **DIRECTS** the Clerk to file a copy of this order in MDL No. 2326 and in the individual cases listed on the attached Exhibit A. The Clerk is further **DIRECTED** to send a copy of this Order to counsel of record and any unrepresented party.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

# Exhibit A

|    | Case Name | MDL Case Claim # |
|----|-----------|------------------|
| 1  | ABLES, Tammy vs. Boston Scientific Corporation | 14-cv-16584 |
| 2  | ACOSTA, Diana M. vs. Boston Scientific Corporation | 14-cv-15777 |
| 3  | ACREE, Jerry L. vs. Boston Scientific Corporation | 13-cv-20722 |
| 4  | ADAMS, Tammy Rene vs. Boston Scientific Corporation | 14-cv-08948 |
| 5  | AHNGASUK, Sandra Rose vs. Boston Scientific Corporation | 14-cv-08732 |
| 6  | AILEY, Barbara vs. Boston Scientific Corporation | 14-cv-24967 |
| 7  | ALARCON, Maria L. and Santos M. Alarcon vs. Boston Scientific Corporation | 13-cv-10788 |
| 8  | ALDAWOODYEH, Revalee Rebecca and Hanzeh Aldawoodyeh vs. Boston Scientific Corporation | 14-cv-08767 |
| 9  | ALFRED, Kimberly vs. Boston Scientific Corporation | 13-cv-09691 |
| 10 | ALLEN, Diane L. and Mark Allen vs. Boston Scientific Corporation | 15-cv-07289 |
| 11 | ALLEY, Janet vs. Boston Scientific Corporation | 14-cv-29292 |
| 12 | ALLSUP, Emma J. and Edwin W. Allsup vs. Boston Scientific Corporation | 14-cv-30563 |
| 13 | ALVAREZ, Barbara and Jose Alvarez vs. Boston Scientific Corporation | 14-cv-30756 |
| 14 | ALVEY, Patricia and William Alvey vs. Boston Scientific Corporation | 13-cv-00884 |
| 15 | ANDERSON, Emilee vs. Boston Scientific Corporation | 14-cv-08773 |
| 16 | ANDERSON, Rachel Delane vs. Boston Scientific Corporation | 14-cv-17383 |
| 17 | ANDREWS, Katherine and George W. Andrews vs. Boston Scientific Corporation | 13-cv-11753 |
| 18 | ANSON, Kimberley Yvonne and Gregory A. Anson vs. Boston Scientific Corporation | 14-cv-08770 |
| 19 | ANZO, Victoria M. vs. Boston Scientific Corporation | 14-cv-12821 |
| 20 | APOLO, Cynthia H. vs. Boston Scientific Corporation | 14-cv-23782 |
| 21 | ARBOGAST, Dorothy vs. Boston Scientific Corporation | 12-cv-01350 |
| 22 | ARCHIBALD, Donna L. and John Archibald vs. Boston Scientific Corporation | 14-cv-07945 |
| 23 | ARLEDGE, Tiffany R. and Jerry Wayne Arledge, Jr. vs. Boston Scientific Corporation | 12-cv-04241 |
| 24 | ARNTZ, Gail and Irving Arntz, Jr. vs. Boston Scientific Corporation | 13-cv-14421 |

| 25 | ARRIETA, Jennifer vs. Boston Scientific Corporation | 13-cv-23493 |
|---|---|---|
| 26 | ASTOLFO, Sherry R. and Michael Astolfo vs. Boston Scientific Corporation | 13-cv-27622 |
| 27 | AUSTIN, Stacy Q. vs. Boston Scientific Corporation | 14-cv-08758 |
| 28 | AUTRY, Mary A. and Mark L. Autry vs. Boston Scientific Corporation | 13-cv-14955 |
| 29 | AVISE, Marcia L. vs. Boston Scientific Corporation | 13-cv-30704 |
| 30 | AXELSON, Sandra and William Axelson vs. Boston Scientific Corporation | 15-cv-05524 |
| 31 | BACCHUS, Aisha vs. Boston Scientific Corporation | 14-cv-27258 |
| 32 | BAGGETT, Sharon Hays and Donald Baggett vs. Boston Scientific Corporation | 14-cv-08726 |
| 33 | BAILEY, Linda A. vs. Boston Scientific Corporation | 13-cv-27489 |
| 34 | BAILEY, Lisa A. and Robbie Estep vs. Boston Scientific Corporation | 14-cv-07950 |
| 35 | BAKA, Yvonne vs. Boston Scientific Corporation | 14-cv-30362 |
| 36 | BAKER, Karlene vs. Boston Scientific Corporation | 15-cv-02632 |
| 37 | BAKER, Terry A. vs. Boston Scientific Corporation | 14-cv-08771 |
| 38 | BAKER, Tracy and Robert Baker vs. Boston Scientific Corporation | 13-cv-17470 |
| 39 | BALLEW, Barbara Ann and Steve Carl Ballew vs. Boston Scientific Corporation | 13-cv-29033 |
| 40 | BANEK, Betty G. vs. Boston Scientific Corporation | 14-cv-31135 |
| 41 | BARBARIA, Robin L. vs. Boston Scientific Corporation, | 14-cv-24751 |
| 42 | BARG, Valerie vs. Boston Scientific Corporation | 13-cv-33105 |
| 43 | BARKER, Avis Ann and Robert Elam Barker vs. Boston Scientific Corporation | 14-cv-08772 |
| 44 | BARNES, China T. vs. Boston Scientific Corporation | 14-cv-18162 |
| 45 | BARNES, Jennifer vs. Boston Scientific Corporation | 15-cv-01691 |
| 46 | BARRA, Jean M. vs. Boston Scientific Corporation | 14-cv-08944 |
| 47 | BARRACLOUGH, Marie and Gary Barraclough vs. Boston Scientific Corporation | 14-cv-08932 |
| 48 | BARREDO, Gilda vs. Boston Scientific Corporation | 14-cv-08977 |
| 49 | BARTLETT, Michelle vs. Boston Scientific Corporation | 14-cv-02101 |
| 50 | BASHFORD, Jacqueline A. and Daniel Bashford vs. Boston Scientific Corporation | 14-cv-16283 |
| 51 | BASURTO, Martha vs. Boston Scientific Corporation | 14-cv-18778 |
| 52 | BATISTE, Carla vs. Boston Scientific Corporation | 14-cv-26618 |
| 53 | BEAMS, Althea M. vs. Boston Scientific Corporation | 14-cv-13370 |

| 54 | BEARD, Angela K. vs. Boston Scientific Corporation | 15-cv-12044 |
|---|---|---|
| 55 | BEAVERS, Beverly and Larry Butler vs. Boston Scientific Corporaion | 14-cv-18779 |
| 56 | BECKER, Debra vs. Boston Scientific Corporation | 14-cv-26940 |
| 57 | BEDDINGFIELD, Christina Fay and Benjamin Beddingfield vs. Boston Scientific Corporation | 14-cv-08755 |
| 58 | BELDA, Tammy vs. Boston Scientific Corporation | 14-cv-26695 |
| 59 | BELGARD, Sina Mae and David James Belgard vs. Boston Scientific Corporation | 14-cv-21542 |
| 60 | BENDER, Linda M. vs. Boston Scientific Corporation | 14-cv-02132 |
| 61 | BENNETT, Alycia Nichole and John Bennett vs. Boston Scientific Corporation | 14-cv-21551 |
| 62 | BENNETT, Linda Gail vs. Boston Scientific Corporation | 14-cv-09824 |
| 63 | BENTLEY, Terri S. vs. Boston Scientific Corporation | 14-cv-23628 |
| 64 | BENTON, Mary vs. Boston Scientific Corporation | 13-cv-30803 |
| 65 | BERG, Diane and Allan Berg vs. Boston Scientific Corporation | 13-cv-20472 |
| 66 | BERRY, Amber vs. Boston Scientific Corporation | 13-cv-05490 |
| 67 | BERTRAND, Janice K. and Norbert D. Bertrand vs. Boston Scientific Corporation | 12-cv-03948 |
| 68 | BEVILACQUA, Susan vs. Boston Scientific Corporation | 14-cv-27749 |
| 69 | BISHOP, Evelyn vs. Boston Scientific Corporation | 13-cv-20473 |
| 70 | BISSONNETTE, Wanda vs. Boston Scientific Corporation | 13-cv-00885 |
| 71 | BLAIR, Margie vs. Boston Scientific Corporation | 13-cv-32307 |
| 72 | BLENKER, Samantha vs. Boston Scientific Corporation | 12-cv-01452 |
| 73 | BLOK, Ronita Yvette and James Perry Blok vs. Boston Scientific Corporation | 14-cv-21084 |
| 74 | PENN, Judith and Tabitha Smith, et al. vs. Medventure Technology Corporation and Boston Scientific Corporation | 13-cv-32574 |
| 75 | BOCOCK, Julie, et al. vs. Medventure Technology Corporation and Boston Scientific Corporation | 13-cv-32576 |
| 76 | BOELTER, Elizabeth vs. Boston Scientific Corporation | 15-cv-10384 |
| 77 | BOJORQUEZ, Erika G. vs. Boston Scientific Corporation | 14-cv-07956 |
| 78 | BOLANO, Julie vs. Boston Scientific Corporation | 13-cv-04255 |
| 79 | BOND, Verneda and Kenneth Harmond Bond, Jr. vs. Boston Scientific Corporation | 14-cv-11015 |
| 80 | BONE, Lucille G. vs. Boston Scientific Corporation | 14-cv-07957 |
| 81 | BOONE, Katherine Ann vs. Boston Scientific Corporation | 14-cv-08827 |

| | | |
|---|---|---|
| 82 | BOWLES, Diane E. vs. Boston Scientific Corporation | 14-cv-08635 |
| 83 | BOWMAN, Glenda vs. Boston Scientific Corporation | 13-cv-30796 |
| 84 | BOYD, Carol vs. Boston Scientific Corporation | 13-cv-21556 |
| 85 | BOYD, Teresa Diane and John Earnest Boyd vs. Boston Scientific Corporation | 14-cv-08928 |
| 86 | BRADLEY, Pearlene Rogers vs. Boston Scientific Corporation | 12-cv-09773 |
| 87 | BRADY, LaJuana vs. Boston Scientific Corporation | 13-cv-00727 |
| 88 | BRANCH, Effie Sue vs. Boston Scientific Corporation | 14-cv-24745 |
| 89 | BRANDT, Barbara Jean vs. Boston Scientific Corporation | 14-cv-22135 |
| 90 | BRANSON, Joyce Ann vs. Boston Scientific Corporation | 14-cv-10511 |
| 91 | BRATTON, Melinda vs. Boston Scientific Corporation | 13-cv-20476 |
| 92 | BREEDEN, Lilly R. and William S. Breeden vs. Boston Scientific Corporation | 13-cv-11044 |
| 93 | BRIGHT, Sandra vs. Boston Scientific Corporation | 14-cv-25525 |
| 94 | BROCK, Teresa and Charles Brock vs. Boston Scientific Corporation | 13-cv-22946 |
| 95 | BROGDON, Jamie L. vs. Boston Scientific Corporation | 14-cv-20453 |
| 96 | BROOKOVER, Janice F. vs. Boston Scientific Corporation | 14-cv-14142 |
| 97 | BROOKS, Kathleen D. and Marvin Gene Brooks vs. Boston Scientific Corporation | 14-cv-01020 |
| 98 | BROOKS, Mary B. vs. Boston Scientific Corporation | 14-cv-08749 |
| 99 | BROOKS, Michelle vs. Boston Scientific Corporation | 15-cv-09250 |
| 100 | BROWN, Celeste vs. Boston Scientific Corporation | 14-cv-07537 |
| 101 | BROWN, E. Elizabeth vs. Boston Scientific Corporation | 14-cv-08840 |
| 102 | BROWN, Karen and Paul Brown vs. Boston Scientific Corporation | 14-cv-29673 |
| 103 | BROWN, Marie vs. Boston Scientific Corporation | 14-cv-31260 |
| 104 | BROWN-COAN, Patricia J. vs. Boston Scientific Corporation | 14-cv-16588 |
| 105 | BRUCE, Beverly and Jan A. Bruce vs. Boston Scientific Corporation | 14-cv-29042 |
| 106 | BRUNEMANN, Carol A. and Michael A. Brunemann vs. Boston Scientific Corporation | 14-cv-05093 |
| 107 | BUBAN, Susan and Tim Buban vs. Boston Scientific Corporation | 14-cv-28842 |
| 108 | BUFORD, Linda M. vs. Boston Scientific Corporation | 14-cv-17394 |
| 109 | BUNN, Lori vs. Boston Scientific Corporation | 14-cv-26951 |

| | | |
|---|---|---|
| 110 | BURCH, Linda K. vs. Boston Scientific Corporation | 14-cv-28191 |
| 111 | BURDICK, Janie Marie vs. Boston Scientific Corporation | 14-cv-08741 |
| 112 | BURKE, Tiffany Francis and Michael Hugh Burke vs. Boston Scientific Corporation | 14-cv-21096 |
| 113 | BURRES, Georja M. and Walton T. Burres vs. Boston Scientific Corporation | 14-cv-15908 |
| 114 | BYRD, Mildred vs. Boston Scientific Corporation | 14-cv-09119 |
| 115 | CAINE, Christine vs. Boston Scientific Corporation | 14-cv-25974 |
| 116 | CALDWELL, Henrietta vs. Boston Scientific Corporation | 13-cv-25735 |
| 117 | CAMDEN, Patricia Ann and Mel Camden vs. Boston Scientific Corporation | 14-cv-08781 |
| 118 | CAMERON, Diane O. vs. Boston Scientific Corporation | 14-cv-11836 |
| 119 | CAMPBELL, Audrey vs. Boston Scientific Corporation | 13-cv-27577 |
| 120 | CAMPOS, Mary M. vs. Boston Scientific Corporation | 14-cv-20455 |
| 121 | CANO, Barbara vs. Boston Scientific Corporation | 13-cv-27564 |
| 122 | CANTRELL, Katherine vs. Boston Scientific Corporation | 14-cv-27246 |
| 123 | CARLIN, Beverly and James L. Carlin vs. Boston Scientific Corporation | 14-cv-13310 |
| 124 | CARLISLE, Mary-Kathryn vs. Boston Scientific Corporation | 14-cv-17317 |
| 125 | CASTRO, Maria A. and Anthony Moreno vs. Boston Scientific Corporation | 14-cv-00942 |
| 126 | CENTERS, Maria Jane vs. Boston Scientific Corporation | 14-cv-08737 |
| 127 | CHARIPAR, Amy and Paul Charipar vs. Boston Scientific Corporation | 13-cv-00890 |
| 128 | CHATELLE, Kimberly and Mark Chatelle vs. Boston Scientific Corporation | 15-cv-05361 |
| 129 | CHATHAM, Maryette and Ronnie Dean Chatham vs. Boston Scientific Corporation | 14-cv-09863 |
| 130 | CHILDRESS, Isophine D. vs. Boston Scientific Corporation | 14-cv-05652 |
| 131 | CHILDS, Mamie and Luther Childs vs. Boston Scientific Corporation | 14-cv-15737 |
| 132 | CHILSON, Monica S. and Michael J. Chilson vs. Boston Scientific Corporation | 14-cv-05687 |
| 133 | CHITWOOD, Barbara A. and Fred Chitwood vs. Boston Scientific Corporation | 15-cv-07415 |
| 134 | CHRANS, Sharon and Dennis Chrans vs. Boston Scientific Corporation | 13-cv-21880 |
| 135 | CIAPPETTA, Domenica vs. Boston Scientific Corporation | 14-cv-09865 |
| 136 | CLARE, Mona L. and Marty L. Clare vs. Boston Scientific Corporation | 14-cv-00955 |
| 137 | CLARK, Angela vs. Boston Scientific Corporation, | 14-cv-14969 |

| 138 | CLARK, Karrie and Lloyd Clark vs. Boston Scientific Corporation | 14-cv-21374 |
|---|---|---|
| 139 | CLARK, Lida vs. Boston Scientific Corporation | 14-cv-00295 |
| 140 | CLARK, Peggy Nell and Bobby Clark vs. Boston Scientific Corporation | 14-cv-08936 |
| 141 | CLARK-VARNER, Kelly vs. Boston Scientific Corporation | 14-cv-16065 |
| 142 | CLEVELAND, Lisa Marie vs. Boston Scientific Corporation | 14-cv-21694 |
| 143 | CLOWERS, Jean Louise and Kenneth Clowers vs. Boston Scientific Corporation | 14-cv-08938 |
| 144 | COLE, Waynette vs. Boston Scientific Corporation | 14-cv-12867 |
| 145 | COLEMAN, Kimberly vs. Boston Scientific Corporation | 14-cv-12231 |
| 146 | COLEMAN, Mary vs. Boston Scientific Corporation | 13-cv-09701 |
| 147 | COLLINS, Alisha M. vs. Boston Scientific Corporation | 14-cv-24500 |
| 148 | COLOMBO, Cara A. vs. Boston Scientific Corporation | 13-cv-22949 |
| 149 | COMSTOCK, Cinda vs. Boston Scientific Corporation | 14-cv-24530 |
| 150 | CONKLIN, Valerie vs. Boston Scientific Corporation | 14-cv-07542 |